**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MOZLY TECH LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:17-cv-0449-JRG-RSP |
| | § | |
| vs. | § | |
| | § | |
| SAP AMERICA, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Mozly Tech LLC's unopposed motion to dismiss with prejudice Defendant SAP America, Inc. pursuant to Fed. R. Civ. P. 41(a). (Dkt. No. 8.) Having considered the same, the Court finds that it should be and is hereby GRANTED.

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant SAP America, Inc. are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

**So Ordered this**
**Aug 8, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE